UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEPPER MORRISON, et al.,<br><br>   Plaintiffs,<br><br>  v.<br><br>EQUIFAX INFORMATION SERVICES LLC,<br><br>   Defendant. | Case No. 4:19-cv-01383-KAW<br><br>**ORDER TO FILE DISMISSAL WITHIN 60 DAYS**<br><br>Re: Dkt. No. 12 |

  On May 9, 2019, Plaintiff filed a notice of settlement. Accordingly, Plaintiff shall file a dismissal within 60 days of this order, absent any extension ordered by the Court.

  IT IS SO ORDERED.

Dated: May 15, 2019

_____
KANDIS A. WESTMORE
United States Magistrate Judge